UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:11-cr-00239-TWP-DML |
| ) | |
| CHRISTOPHER JUSTIN EADS, ) | -01 |
| ) | |
| Defendant. ) | |

**Order Denying Motion for Appointment of Counsel Without Prejudice**

Defendant filed a pro se letter seeking appointment of counsel for purposes of filing a motion for compassionate release under Section 603 of the First Step Act, which is codified at 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 260. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A) or that the interests of justice support appointing counsel at this time. Accordingly, the motion, dkt. [260], is **denied without prejudice**.

If Defendant wishes to pursue a motion for compassionate release, Defendant may do so by completing and returning the enclosed form motion. If Defendant files a pro se motion for compassionate release, the Court will evaluate whether to appoint counsel. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/16/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher Justin Eads
Reg. No. 10391-028
FCI Fairton
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

All Electronically Registered Counsel