UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:11-cr-00239-TWP-DML-1 |
| | ) |
| CHRISTOPHER EADS, | ) |
| Defendant. | ) |

**Motion to withdraw appearance**

Jacob Leon moves this Court to withdraw his appearance as counsel. In support, he states:

1. On October 26, 2023, the United States District Court for the Southern District of Indiana issued a general order. It appointed the Indiana Federal Community Defenders to represent defendants who seek a sentence reduction via Amendment 821 to the United States Sentencing Guidelines. Undersigned counsel entered an appearance in this case on March 14, 2025.

2. Undersigned counsel reviewed Mr. Eads's case. Counsel then explained by letter to Mr. Eads the status of his case and the reason for counsel's withdrawal. Counsel also explained that Mr. Eads may proceed *pro se* with his motion before the Court.

Accordingly, counsel respectfully requests that this Court enter an order withdrawing his appearance.

        Respectfully submitted,

        *s/Jacob D. Leon*
        Jacob D. Leon
        Indiana Federal Community Defenders
        111 Monument Circle, Suite 3200
        Indianapolis, IN 46204
        jacob_leon@fd.org[1]

---

[1] Jacob Leon is licensed to practice in the District of Columbia, the United States District Court for the Southern District of Indiana, and the United States Court of Appeals for the Seventh Circuit.

**Certificate of Service**

    I electronically filed the motion above on March 24, 2025.  Notice of the filing will be sent to the parties of record via this Court's electronic-filing system.  Parties may access this filing there.

*s/Jacob D. Leon*
Jacob D. Leon
